FILED

11/29/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0429

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0429

_____

DUANE BURCHILL,

     Petitioner and Appellant,

  v.                                      O R D E R

STATE OF MONTANA,

     Respondent and Appellee.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Peter Ohman, District Judge.

For the Court,

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
November 29 2023